**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 21 2018

JULIA C. DUDLEY, CLERK
BY: /s/
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 1:18CR00019 |
| BRIAN SWONTEC<br>CHRISTOPHER INGRAM | : |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between September 28, 2016 and September 29, 2017, in the Western District of Virginia and elsewhere, BRIAN SWONTEC, CHRISTOPHER INGRAM, and others known and unknown to the grand jury, knowingly and intentionally conspired to (a) manufacture, distribute, and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and (b) distribute and possess with the intent to distribute cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841.

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) and 841(b)(1)(C).

### COUNT TWO

The Grand Jury charges that:

1. On or about September 27, 2017, in the Western District of Virginia and elsewhere, BRIAN SWONTEC distributed and possessed with the intent to distribute (a) 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, and (b) cocaine, Schedule II controlled substances.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT THREE

The Grand Jury charges that:

1. On or about and between September 27, 2017 and October 4, 2017, in the Western District of Virginia and elsewhere, CHRISTOPHER INGRAM possessed with the intent to distribute (a) 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, (b) cocaine, Schedule II controlled substances, and (c) buprenorphine, a Schedule III controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 841(b)(1)(E).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

   b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

   a. **United States Currency**

       (1) $8,040.00
       (2) $2,500.00

(3) $50,731.83

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p), including but not limited to above property.

A TRUE BILL, this 21st day of August, 2018.

/s/Grand Jury Foreperson

_____
THOMAS T. CULLEN
United States Attorney

by