IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Case # 1:18CR00019-2 |
| V. ) | |
| ) | |
| CHRISTOPHER INGRAM ) | |

ORDER DIRECTING U.S. TO MAINTAIN CUSTODY

In compliance with 18 U.S.C. § 983(a)(3)(B), came this day the United States of America and moved the Court for an Order pursuant to 21 U.S.C. § 853(e)(1), permitting the Government to maintain custody of property already in its possession, $4,000.00 of $8,040.00 in U.S. Currency, for the duration of this proceeding.

In consideration thereof, it appearing proper to do so, it is hereby ORDERED that the Government shall maintain possession of $4,000.00 of $8,040.00 in U.S. Currency, pending further Order of this Court.

ENTERED THIS _____ DAY OF August, 2018.

_____
UNITED STATES DISTRICT JUDGE